CATHERINE BLAKEMAN ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF SHELTON

The plaintiffs' petition for certification for appeal from the Appellate Court, 82 Conn. App. 632 (AC 23825), is denied.

*Ian A. Cole*, in support of the petition.

*Thomas J. Welch*, in opposition.

Decided June 23, 2004